

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Thomas Brown

V.

China Sunergy Co., Ltd., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 7895

TO: (Name and address of Defendant)

Cowen & Co, LLC
1221 Avenue of the Americas
New York, NY 10020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

SEP 0 7 2007

DATE

✎AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  9/19/07 |
| NAME OF SERVER *(PRINT)*  Catherine Gauthier | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other (specify):  (certified mail) Long Arm statute on company

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/07
                 Date

Signature of Server

650 Poydras St. Ste 2150 New Orleans, LA 70130
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cowen + Co.
1221 Ave. of the Americas
New York, NY 10020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *[signature]*    ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

9/19/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 2150 0000 3031 1986

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

JUDGE KRAM

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

Thomas Brown

**SUMMONS IN A CIVIL ACTION**

V.

China Sunergy Co., Ltd., et al

CASE NUMBER:

07 CIV 7895

TO: (Name and address of Defendant)

Jefferies & Co., Inc.
520 Madison Avenue, 12th Floor
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

_____
CLERK

(By) DEPUTY CLERK

SEP 0 7 2007

_____
DATE

℀AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  9/26/07 |
| NAME OF SERVER *(PRINT)*  Catherine Gauthier | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Certified mail - long arm statute ; served
on company

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/4/07
_____          _Catherine Gauthier_
Date                            *Signature of Server*

_650 Poydras Ste. 2150 New Orleans, LA_
*Address of Server*                          _70130_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jefferies + Co.
520 Madison Ave. 12th FL
New York, NY 10022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                    9/26/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7006 2150 0000 3031 1993

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Thomas Brown

**SUMMONS IN A CIVIL ACTION**

V.

China Sunergy Co., Ltd., et al

CASE NUMBER:

07 CIV 7895

TO: (Name and address of Defendant)

China Sunergy Co., Ltd.:
Through its agent for process
CT Corporation System
111 8th Ave.
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. M  HAEL McMAHON

SEP 07 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/19/07 | |
| NAME OF SERVER *(PRINT)* Catherine Gauthier | TITLE Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Certified mail by long arm statute to registered agent

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/4/07
_____
Date

Catherine Gauthier
_____
Signature of Server

650 Poydras St. Ste. 2450 New Orleans, LA 70130
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

China Synergy Co.
c/o CT Corporation System
111 8th Ave.
New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  CHRIS TILTON       ☐ Agent
   CT CORPORATION      ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

   SEP 19 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 2150 0000 3031 2013

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Thomas Brown

**SUMMONS IN A CIVIL ACTION**

V.

China Sunergy Co., Ltd., et al

CASE NUMBER:

07 CIV 7895

TO: (Name and address of Defendant)

Tingxiu Lu
Through agent for process
CT Corporation System
111 8th Ave.
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

SEP 0 7 2007

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  9/19/07 |
| NAME OF SERVER *(PRINT)*  Catherine Gauthier | TITLE  Attorney |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Certified mail – long arm statute; served on
registered agent

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/4/07
         Date       Catherine Gauthier
                          *Signature of Server*

            650 Poydras St. Ste. 2150 New Orleans, LA
            *Address of Server*       70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CHRIS TILTON  □ Agent<br>CT CORPORATION  □ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>SEP 19 2007 |
| 1. Article Addressed to:<br><br>China Sunergy Ltd<br>c/o CT Corporation System<br>111 8th Ave.<br>New York, NY 10011<br><br>(Lw) | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered   ☒ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0000 3031 2020 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

JUDGE KRAM

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Thomas Brown

**SUMMONS IN A CIVIL ACTION**

V.

China Sunergy Co., Ltd., et al

CASE NUMBER:

07 CIV 7895

TO: (Name and address of Defendant)

Jianhua Zhao
Through agent for process
CT Corporation System
111 8th Ave.
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA  70130

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 0 7 2007

CLERK

DATE

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/19/07 |
| NAME OF SERVER *(PRINT)* Catherine Gauthier | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail— long arm statute through registered agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/07
             Date

Catherine Gauthier
*Signature of Server*

650 Poydras St. Ste. 2150 New Orleans, LA 70130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

China Sunergy Co. Ltd
C/o CT Corporation System
III 8th Ave.
New York, NY 10011

(Zhao)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature CHRIS TILION
X    CT CORPORATION
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 19 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2150 0000 3031 2037

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

JUDGE KRAM

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                           District of                           New York

Thomas Brown

                                                    **SUMMONS IN A CIVIL ACTION**

V.

China Sunergy Co., Ltd., et al

                                   CASE NUMBER:


TO: (Name and address of Defendant)           **07 CIV 7895**

Fengming Zhang
Through agent for process
CT Corporation System
111 8th Ave.
New York, NY 10011


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Ste. 2150
New Orleans, LA 70130


an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


J. MICHAEL McMAHON                                    SEP 0 7 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/19/07 |
| NAME OF SERVER *(PRINT)* Catherine Gauthier | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  certified mail - long arm statute through registered agent

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/4/07___
                     Date

Signature of Server _Catherine Gauthier_

Address of Server  650 Poydras St. Ste. 2150 New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

China Sunergy Co., Ltd
c/o CT Corporation System
111 8th Ave.
New York, NY. 10011

(Zhang)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X   CHRIS TILTON
CT ... TION

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 19 2007

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 2150 0000 3031 2044

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

*JUDGE KRAM*

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____     District of     _____ New York _____

Thomas Brown

**SUMMONS IN A CIVIL ACTION**

V.

China Sunergy Co., Ltd., et al

CASE NUMBER: **07 CIV 7895**

TO: (Name and address of Defendant)

> Guangyou Yin
> Through agent for process
> CT Corporation System
> 111 8th Ave.
> New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Lewis S. Kahn
> Kahn Gauthier Swick, LLC
> 650 Poydras Street, Ste. 2150
> New Orleans, LA  70130

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

    SEP 0 7 2007

_____
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/19/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Catherine Gauthier | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  certified mail – longarm statute through registered agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/4/07
　　　　　　　　*Date*

Catherine Gauthier
*Signature of Server*

650 Poydras St. Ste. 2150 New Orleans, LA 70130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

China Synergy Co., Ltd.
c/o CT Corporation System
111 8th Ave.
New York, NY 10011

(Yin)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  CHRIS TILTON    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 19 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0000 3031 2051

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540