UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THOMAS BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CHINA SUNERGY CO. LTD., et al.,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:07-cv-07895-DAB<br><br><u>CLASS ACTION</u> |
| ADEL SHESHTAWY, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>CHINA SUNERGY CO. LTD., et al.,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:07-cv-08656-DAB<br><br><u>CLASS ACTION</u> |
| ANTHONY GIOMBETTI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CHINA SUNERGY CO. LTD.,<br><br>                    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:07-cv-09689-UA<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Howard Hughes, Don Vandenheuval, Jie Wu and Andrew P. Van Gorder (the "Hughes Group") for Consolidation, Appointment As Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. The Hughes Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933; and

3. The law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin Barroway Topaz & Kessler, LLP are hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

I:\China Sunergy\LP Motion\LP Order.doc