UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>CHINA SUNERGY CO. LTD., et al.,<br><br>            Defendants. | Civil Action No. 1:07-cv-07895-DAB<br><br><u>CLASS ACTION</u> |
| ADEL SHESHTAWY, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>CHINA SUNERGY CO. LTD., et al.,<br><br>           Defendants. | Civil Action No. 1:07-cv-08656-DAB<br><br><u>CLASS ACTION</u> |
| ANTHONY GIOMBETTI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>CHINA SUNERGY CO. LTD.,<br><br>            Defendant. | Civil Action No. 1:07-cv-09689-UA<br><br><u>CLASS ACTION</u> |

DECLARATION OF MARIO ALBA JR. IN SUPPORT OF THE MOTION OF THE HUGHES GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

Mario Alba Jr., declares under penalty of perjury:

1. I am an associate with Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *Anthony Giombetti, et al. v. China Sunergy Co., Ltd.*, Civil Action No. 1:07-cv-09689. I submit this Declaration in support of the Motion of Howard Hughes, Don Vandenheuval, Jie Wu and Andrew P. Van Gorder (the "Hughes Group") for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the action entitled *Thomas Brown v. China Sunergy Co. Ltd., et al.*, Civil Action No. 1:07-cv-07895-DAB, on *Market Wire*, a national, business-oriented newswire service, on September 10, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of the Hughes Group at approximately $64,460.97, in connection with its transactions in China Sunergy Co. Ltd. American Depository Receipts during the Class Period.

4. Attached hereto as Exhibit C are the certifications of the members of the Hughes Group.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Coughlin Stoia.

6. Attached hereto as Exhibit E is a true copy of the firm resume of Schiffrin Barroway Topaz & Kessler, LLP.

DATED: November 9, 2007

/s/ *Mario Alba Jr.*
MARIO ALBA JR.

I:\China Sunergy\LP Motion\LP Decl.doc

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on November 9, 2007, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of The Hughes Group for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of The Hughes Group for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                                    /s/ *Mario Alba Jr.*
                                                                    Mario Alba Jr.

CHINA SUNERGY

Service List - 11/9/2007   (07-0229)

Page 1 of 2

**Counsel For Defendant(s)**

Legal Department
China Sunergy Co., Ltd.
c/o CT Corporation System
111 8th Avenue
New York, NY 10011

Legal Department
Cowen & Co., LLC
1221 Avenue of the Americas
New York, NY 10020

Legal Department
Jefferies & Co., Inc.
520 Madison Avenue, 12th Floor
New York, NY 10022

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY 11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173 (Fax)

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY 10017
   212/696-3730
   504/455-1498 (Fax)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
   504/455-1400
   504/455-1498 (Fax)

CHINA SUNERGY
Service List - 11/9/2007    (07-0229)
Page 2 of 2

| | |
|---|---|
| Eric J. O'Bell<br>Law Offices of Eric J. O'Bell<br>3500 North Hullen Street<br>Metairie, LA  70002<br>   504/456-8677<br>   504/456-8624 (Fax) | Stuart L. Berman<br>Sean M. Handler<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>   610/667-7706<br>   610/667-7056 (Fax) |