## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

**NIJAT TONYAZ**_____(name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.      Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2.      Plaintiff did not purchase securities of China Sunergy Co. Ltd at the direction of counsel or in order to participate in a private action under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      During the Class Period, plaintiff has executed transactions in the securities of China Sunergy, Co. Ltd. as follows. See Attached Schedule.

5.      In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6.      Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:_____30.10_____, 2007


_____
Plaintiff

Name of plaintiff: ___NIJAT TONYAZ_____

Schedule of plaintiff's Transaction(s) in
China Sunergy Co. Ltd

Purchase(s):05/18/2007

| Date | Units | Price |
|------|-------|-------|
| | 41500 | 15.33 |

| Date | Units | Price |
|------|-------|-------|

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

_Thomas Brown_ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

    1.    Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

    2.    Plaintiff did not purchase securities of China Sunergy Co. Ltd. at the direction of counsel or in order to participate in a private action under the federal securities laws.

    3.    Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

    4.    During the Class Period, plaintiff has executed transactions in the securities of China Sunergy Co. Ltd. as follows. See Attached Schedule.

    5.    In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

    6.    Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: _09, 13, 07_, 2007

_____
Plaintiff

Name of plaintiff: _____
Schedule of plaintiff's Transaction(s) in
China Sunergy Co. Ltd.

Purchase(s):

| Date | Units | Price |
|------|-------|-------|
| 06.31.07 | 1,000 | 11.89 |
| 07.03.07 | 1,000 | 11.51 |
| 07.04.07 | 1,000 | 10.84 |
| 08.04.07 | 1,000 | 8.17 |

Sale(s):

| Date | Units | Price |
|------|-------|-------|
| 07.09.07 | 1,000 | 7.29 |
| 08.24.07 | 200 | 5.92 |
| 08.24.07 | 400 | 5.88 |
| 07.24.07 | 700 | 5.91 |
| 08.24.07 | 1,700 | 5.90 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

WANG CHUN I IN (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of China Sunergy Co. Ltd. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of China Sunergy Co. Ltd. as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: _Sept 27_, 2007

_____
Plaintiff

**Wang Chun Ling**          **China Sunergy Co. Ltd. Transactions**

**Buys**                                    **Sells**

| Date | Qty | Price | | Date | Qty | Price |
|------|-----|-------|---|------|-----|-------|
| 5/24/2007 | 400 | 14.05 | | 6/15/2007 | 1850 | 12.48 |
| 5/24/2007 | 100 | 14.04 | | 8/7/2007 | 500 | 8.32 |
| 5/30/2007 | 450 | 11.8 | | 8/7/2007 | 1000 | 8.4 |
| 5/31/2007 | 900 | 11.85 | | 8/7/2007 | 500 | 8.7 |
| 6/26/2007 | 400 | 13.3 | | | | |
| 6/29/2007 | 3500 | 13.8 | | | | |
| 7/2/2007 | 2000 | 13.5 | | | | |
| 7/3/2007 | 1000 | 11.2 | | | | |
| 7/9/2007 | 500 | 11.5 | | | | |
| 7/10/2007 | 1000 | 11.42 | | | | |
| 7/16/2007 | 400 | 12.9 | | | | |
| 8/3/2007 | 700 | 9.82 | | | | |
| 8/3/2007 | 1000 | 9.9 | | | | |
| 8/6/2007 | 1000 | 8.7 | | | | |
| 8/6/2007 | 500 | 8.2 | | | | |
| 8/13/2007 | 1200 | 9 | | | | |

# THE TONYAZ GROUP
## China Sunergy Loss Chart

Nijat Tonyaz

| DATE | # SHARES BOUGHT | PRICE | COST |
|------|------|------|------|
| 5/18/2007 | 41500 | $15.33 | $636,195.00 |
| Total Held: | 41500 | $7.08 | $293,820.00 |
| | | Loss: | **$342,375.00** |

Thomas Brown

| DATE | # SHARES BOUGHT | PRICE | COST |
|------|------|------|------|
| 5/31/2007 | 1000 | $11.89 | $11,890.00 |
| 7/3/2007 | 1000 | $11.51 | $11,510.00 |
| 7/6/2007 | 1000 | $10.84 | $10,840.00 |
| 8/6/2007 | 1000 | $8.17 | $8,170.00 |
| Total Bought: | 4000 | | $42,410.00 |

| DATE | # SHARES SOLD | PRICE | COST |
|------|------|------|------|
| 8/9/2007 | 1000 | $9.29 | $9,290.00 |
| 8/24/2007 | 200 | $5.92 | $1,184.00 |
| 8/24/2007 | 400 | $5.88 | $2,352.00 |
| 8/24/2007 | 700 | $5.91 | $4,137.00 |
| 8/24/2007 | 1700 | $5.90 | $10,030.00 |
| Total Sold: | 4000 | | $26,993.00 |
| | | Loss: | **$15,417.00** |

Wang Chun Ling

| DATE | # SHARES BOUGHT | PRICE | COST |
|------|------|------|------|
| 5/24/2007 | 400 | $14.05 | $5,620.00 |
| 5/24/2007 | 100 | $14.04 | $1,404.00 |
| 5/30/2007 | 450 | $11.80 | $5,310.00 |
| 5/31/2007 | 900 | $11.85 | $10,665.00 |
| 6/26/2007 | 400 | $13.30 | $5,320.00 |
| 6/29/2007 | 3500 | $13.80 | $48,300.00 |
| 7/2/2007 | 2000 | $13.50 | $27,000.00 |
| 7/3/2007 | 1000 | $11.20 | $11,200.00 |
| 7/9/2007 | 500 | $11.50 | $5,750.00 |
| 7/10/2007 | 1000 | $11.42 | $11,420.00 |
| 7/16/2007 | 400 | $12.90 | $5,160.00 |

## THE TONYAZ GROUP
## China Sunergy Loss Chart

| DATE | # SHARES | PRICE | COST |
|------|----------|-------|------|
| 8/3/2007 | 700 | $9.82 | $6,874.00 |
| 8/3/2007 | 1000 | $9.90 | $9,900.00 |
| 8/6/2007 | 1000 | $8.70 | $8,700.00 |
| 8/6/2007 | 500 | $8.20 | $4,100.00 |
| 8/13/2007 | 1200 | $9.00 | $10,800.00 |
| Total Bought: | 15050 | | $177,523.00 |

| DATE | # SHARES SOLD | PRICE | COST |
|------|---------------|-------|------|
| 6/15/2007 | 1850 | $12.48 | $23,088.00 |
| 8/7/2007 | 500 | $8.32 | $4,160.00 |
| 8/7/2007 | 1000 | $8.40 | $8,400.00 |
| 8/7/2007 | 500 | $8.70 | $4,350.00 |
| Total Sold: | 3850 | | $39,998.00 |
| Total Held: | 11200 | $7.08 | $79,296.00 |
| | | **Loss:** | **$58,229.00** |
| | | **Total Loss:** | **$416,021.00** |

Closing Price on September 7, 2007: $7.08