**REUTERS**

🖨 Print this article                                                      Close This Window

## INVESTOR ALERT: KGS Announces Initial Filing of Securities Class Action Lawsuit Against China Sunergy Co. Ltd.

Mon Sep 10, 2007 3:20 PM ET

NEW ORLEANS, LA, Sep 10 (MARKET WIRE) --
Kahn Gauthier Swick, LLC ("KGS") has filed the first class action lawsuit against China Sunergy Co. Ltd. ("China Sunergy" or the "Company") (NASDAQ: CSUN) in the United States District Court for the Southern District of New York, on behalf of shareholders who purchased the common stock of China Sunergy in connection with the Company's IPO on or about May 17, 2007, or who purchased shares thereafter in the open market. No class has yet been certified in this action.

UNLESS A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS
YOU RETAIN AN ATTORNEY.

China Sunergy, certain of its officers and directors, and the Company's underwriters are charged with including, or allowing the inclusion of, materially false and misleading statements in the Registration Statement and Prospectus issued in connection with the IPO, in violation of the Securities Act of 1933.

Particularly, the Complaint charges that China Sunergy raised over $107.52 million through the issuance of 9.775 million shares, despite the Registration Statement's false and misleading statements that the Company: (1) was
a "leading manufacturer of solar cell products, as measured by production capacity" that was experiencing remarkable revenue growth; and (2) had secured a sufficient supply of polysilicon, a raw material necessary to the continued production of its solar cell products.  Yet at the time of the IPO and unbeknownst to shareholders, the Registration Statement failed to disclose that
China Sunergy was already having difficulty obtaining a sufficient supply of polysilicon, which foreseeably would have a near-term adverse impact on earnings.

On July 3, 2007, only weeks after the IPO, China Sunergy issued a press release
announcing preliminary results for 2Q:07 well below guidance, and claimed that it could suddenly not obtain critical raw materials necessary for production
and its revenue goals.  The Company's press release stated that "the relatively tight supply of polysilicon affected the quality, quantity and delivery of wafers
and drove up overall wafer prices in the spot market, resulting in increased pressure on China Sunergy's margins."

On this news, shares of China Sunergy fell nearly 25% in a single trading day,
from a high of $14.90 on July 2, 2007, to a close of $11.28 the following day, on exceedingly high volume of 3.659 million shares.  As the impact of China Sunergy's belated disclosures resonated in the market, shares of the Company continued to decline, to about $7.50 per share by August 23, 2007.  Shares fell significantly lower days later, to below $5.00 per share -- on news that the Company's CFO was resigning -- after China Sunergy revealed a loss of at least $.14 per share for 2Q:07.   In all, China Sunergy shares fell from $16.70 per share from the highs following the IPO, to a low of below $5.00 per share -- all within approximately 10 weeks.

    If you wish to serve as lead plaintiff in this class action lawsuit, you must
move the Court no later than November 9, 2007.  Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.  If you would like to discuss your legal rights, you may e-mail or call KGS Managing Partner Lewis Kahn, without obligation or cost to you, toll free
1-866-467-1400, ext. 100, or by email at lewis.kahn@kgscounsel.com.  To learn more about this case or KGS, you may visit
http://www.kgscounsel.com/case/case.asp?lngCaseId=5014.  KGS focuses its practice
on securities class action litigation, and has been appointed lead counsel in numerous federal securities class actions.

    SPECIAL NOTICE:  While federal law does not prohibit other lawyers from "announcing" this class action through the issuance of other press releases, KGS is the law firm that researched, investigated, drafted and filed the securities class action case against China Sunergy.  If you are a China Sunergy shareholder who decides to contact one of these lawyers, KGS reminds you to fully interview any such lawyer to assure that he or she thoroughly understands the facts surrounding the substantive claims KGS has filed in Court.  It is critically important that interested parties carefully evaluate any
other firm that may be competing with KGS to prosecute the China Sunergy class action.  Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include its knowledge of applicable federal securities laws, the resources it will dedicate to prosecution
of the case (including the number of lawyers the firm has available for the China
Sunergy class action) AND especially the quality of the firm's work.


Contact:
Lewis Kahn
Managing Partner
KGS
1-866-467-1400, ext. 100
lewis.kahn@kgscounsel.com
http://www.kgscounsel.com/case/case.asp?lngCaseId=5014

Copyright 2007, Market Wire, All rights reserved.

-0-

© Reuters 2007. All rights reserved. Republication or redistribution of Reuters content, including by caching, framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks and trademarks of the Reuters group of companies around the world.

**Close This Window**