UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA SUNERGY CO. LTD., et al.,<br><br>Defendants. | Civil Action No. 1:07-cv-07895-DAB<br><br><u>CLASS ACTION</u> |
| ADEL SHESHTAWY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA SUNERGY CO. LTD., et al.,<br><br>Defendants. | Civil Action No. 1:07-cv-08656-DAB<br><br><u>CLASS ACTION</u> |
| ANTHONY GIOMBETTI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHINA SUNERGY CO. LTD.,<br><br>Defendant. | Civil Action No. 1:07-cv-09689-UA<br><br><u>CLASS ACTION</u> |

NOTICE OF WITHDRAWAL OF MOTION FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Proposed Lead Plaintiffs Howard Hughes, Don Vandenheuval, Jie Wu and Andrew P. Van Gorder (the "Hughes Group") hereby withdraw their Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. This Withdrawal shall have no effect upon the Hughes Group's rights as members of the proposed class, including but not limited to the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

DATED: November 30, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

/s/ *Mario Alba Jr.*
MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
STUART L. BERMAN
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on November 30, 2007, I caused a true and correct copy of the attached:

> Notice Of Withdrawal Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

CHINA SUNERGY

Service List - 11/28/2007   (07-0229)

Page 1 of 2

**Counsel For Defendant(s)**

Legal Department
China Sunergy Co., Ltd.
c/o CT Corporation System
111 8th Avenue
New York, NY  10011

Legal Department
Cowen & Co., LLC
1221 Avenue of the Americas
New York, NY  10020

Legal Department
Jefferies & Co., Inc.
520 Madison Avenue, 12th Floor
New York, NY  10022

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
    516/741-4977
    516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
    631/367-7100
    631/367-1173 (Fax)

William B. Federman
Federman & Sherwood
10205 North Pennsylvania
Oklahoma City, OK  73120
    405/235-1560
    405/239-2112 (Fax)

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
    212/696-3730
    504/455-1498 (Fax)

CHINA SUNERGY

Service List - 11/28/2007   (07-0229)

Page 2 of  2

| | |
|---|---|
| Lewis S. Kahn | Eric J. O'Bell |
| Kahn Gauthier Swick, LLC | Law Offices of Eric J. O'Bell |
| 650 Poydras Street, Suite 2150 | 3500 North Hullen Street |
| New Orleans, LA  70130 | Metairie, LA  70002 |
|    504/455-1400 |    504/456-8677 |
|    504/455-1498 (Fax) |    504/456-8624 (Fax) |

Stuart L. Berman
Sean M. Handler
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)