SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Lea Haber Kuck (LK-5556)
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
THOMAS BROWN, Individually And On Behalf
of All Others Similarly Situated,           :

            Plaintiff,           :           Civil Action No. 1:07-cv-07895 (DAB)

    - against -           :           **NOTICE OF APPEARANCE**

CHINA SUNERGY CO., LTD., TINGXIU LU,         :
JIANHUA ZHAO, JAMES SHAOFENG QI,
GUANGYOU YIN, FENGMING ZHANG,                :
SHILIANG GUO, MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., COWEN and CO., LLC,     :
and JEFFERIES & CO., INC.,

             :

           Defendants.
------------------------------------- x

Please take notice that Lea Haber Kuck (LK-5556), of Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters her appearance as counsel in the above-captioned action on behalf of defendant China Sunergy Co., Ltd., and requests that she be served with all future filings.

Dated: January 22, 2008

*/s/ Lea Haber Kuck*
Lea Haber Kuck (LK5556)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

*Of Counsel*:
Frances P. Kao
Donna L. McDevitt
Ryan A. Horning
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
33 West Wacker, Suite 2100
Chicago, IL 60606
Tel: (312) 407-0729
Fax: (312) 407-0411

**Attorneys for Defendant China Sunergy Co., Ltd.**