DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 30, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
THOMAS BROWN, Individually And On Behalf
of All Others Similarly Situated,

      Plaintiff,

  - against -

CHINA SUNERGY CO., LTD., TINGXIU LU,
JIANHUA ZHAO, JAMES SHAOFENG QI,
GUANGYOU YIN, FENGMING ZHANG,
SHILIANG GUO, MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., COWEN and CO., LLC,
and JEFFERIES & CO., INC.,

      Defendants.
------------------------------------- x

Civil Action No. 1:07-cv-07895 (DAB)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

  It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

  1. The Lead Plaintiff shall, no later than 60 days following its appointment as Lead Plaintiff, file an Amended Consolidated Complaint (the "Complaint"), which Complaint shall supersede all previous complaints filed in this action.

  2. Defendants China Sunergy Co., Ltd., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cohen & Company, LLC, and Jefferies & Company, Inc. (collectively, "Defendants") shall, no later than 60 days following service of the Complaint, answer, move, or otherwise respond to the Complaint. Defendants shall have no obligation to answer or otherwise respond to the initial complaints filed in the action.

  3. The Lead Plaintiff shall, no later than 60 days after service of any motions to dismiss, serve and file its response or opposition.

4. Defendants shall, no later than 30 days following service of the opposition to any motions to dismiss, serve and file any reply briefs.

Dated: New York, New York
January 14, 2008

Respectfully Submitted,

*Kim E. Miller /mc*
Kim E. Miller (KM6996)
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor,
New York, NY 10017
Tel: (212) 696-3730
Fax: (504) 455-1498

Lewis Kahn
KAHN GAUTHIER SWICK, LLC
650 Poydras Street – Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498

*Attorneys for Plaintiff Thomas Brown and for Lead Plaintiff Movant the Tonyaz Group and Proposed Lead Counsel for the Class*

*Lea Haber Kuck*
Lea Haber Kuck (Bar No. LK5556)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

*Of Counsel:*
Frances P. Kao
Donna L. McDevitt
Ryan A. Horning
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
33 West Wacker, Suite 2100
Chicago, IL 60606
Tel: (312) 407-0729
Fax: (312) 407-0411

*Attorneys for Defendant China Sunergy Co., Ltd.*

Herbert S. Washer (HW 2375)
Adam S. Hakki (AH 3561)
Christopher R. Fenton (CF 8273)
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, New York 10022
United States of America
Tel: (212) 848-4924
Fax: (646) 848-4924

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Cowen and Company., LLC, and Jefferies & Company, Inc.*

SO ORDERED

*Deborah A. Batts*
1/25/08

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

2