SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Lea Haber Kuck (LK-5556)
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
THOMAS BROWN, INDIVIDUALLY, And On
Behalf Of All Others Similarly Situated,    :    No. 07 Civ. 7895 (DAB)

          Plaintiff,    :    **ORDER**

    -against-    :

CHINA SUNERGY CO., LTD., TINGXIU LU,    :
JIANHUA ZHAO, JAMES SHAOFENG QI,
GUANGYOU YIN, FENGMING ZHANG,    :
SHILIANG GUO, MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., COWEN & CO., LLC.   :
and JEFFRIES & CO., INC.,

          :

          Defendants.
------------------------------------ x

      Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Donna L. McDevitt, and good cause having been shown,

      IT IS SO ORDERED, this ___ day of January 2008, that such motion is GRANTED.

                              *Deborah A. Batts*    2/14/08
                              DEBORAH A. BATTS
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on January 30, 2008, I caused a true copy of the

- *Notice of Motion for Admission Pro Hac Vice of Donna L. McDevitt with the annexed [Proposed] Order and Affidavit of Lea Haber Kuck in Support of Motion For Admission Pro Hac Vice sworn to on the 23rd day of January 2008 and Affidavit of Donna L. McDevitt in Support of Motion for Admission Pro Hac Vice sworn to on the 22nd day of January 2008*

to be served upon the following parties by First-Class mail:

Eric J. O'Bell
Law Offices of Eric J. Bell, LLC
3500 North Hullen Street
Metaire, LA 70002

Kim E. Miller
Kahn Gauthier Swick LLC
12 East 41st Street, 12th Floor
New York, NY 10017

Lewis Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Mario Alba, Jr.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747

William Bernard Federman
Federman & Sherwood
10250 N. Pennsylvania
Oklahoma City, OK 73102

Dated: New York, New York
       January 30, 2008

_____
Steven Ray Katzenstein