SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Lea Haber Kuck (LK-5556)
Four Times Square
New York, New York 10036
Tel: (212) 735-3000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THOMAS BROWN, INDIVIDUALLY And On
Behalf Of All Others Similarly Situated,       :

      Plaintiff,       :       No. 07 Civ. 7895 (DAB)

  - against -       :       **ORDER**

CHINA SUNERGY CO., LTD., TINGXIU LU,       :
JIANHUA ZHAO, JAMES SHAOFENG QI,
GUANGYOU YIN, FENGMING ZHANG,       :
SHILIANG GUO, MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., COWEN & CO., LLC.       :
and JEFFERIES & CO., INC.

      Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Ryan A. Horning, and good cause having been shown,

  IT IS SO ORDERED, this ___ day of January 2008, that such motion is GRANTED.

            *Deborah A. Batts* 2/21/08
            DEBORAH A. BATTS
            UNITED STATES DISTRICT JUDGE