SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Lea Haber Kuck (LK-5556)
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·21·2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

THOMAS BROWN, INDIVIDUALLY And On
Behalf Of All Others Similarly Situated,           :

               Plaintiff,           :           No. 07 Civ. 7895 (DAB)

    - against -                                       :           **ORDER**

CHINA SUNERGY CO., LTD., TINGXIU LU,          :
JIANHUA ZHAO, JAMES SHAOFENG QI,
GUANGYOU YIN, FENGMING ZHANG,                 :
SHILIANG GUO, MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., COWEN & CO., LLC.        :
and JEFFERIES & CO., INC.
                                                 :
               Defendants.

------------------------------------- x

        Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Frances P. Kao, and good cause having been shown,

        IT IS SO ORDERED, this ___ day of January 2008, that such motion is GRANTED.

                                                    /s/ Deborah A. Batts  2/21/08
                                                    DEBORAH A. BATTS
                                                    UNITED STATES DISTRICT JUDGE