Kim E. Miller (KM-6996)
**KAHN SWICK & FOTI, LLC**
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and –

Lewis S. Kahn (*admitted pro hac vice*)
**KAHN SWICK & FOTI, LLC**
650 Poydras St., Ste 2150
New Orleans, LA 70130
Telephone: (504) 455-1498
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff and the Class*

Eric J. Obell
**LAW OFFICES OF ERIC J. O'BELL, LLC**
350 North Hullen Street
Metairie , LA 70002
Telephone: (504)456-8677
Facsimile: (504)456-8624

*Additional Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHINA SUNERGY SECURITIES LITIGATION <br><br> ------------------------------------------------------------ <br><br> This Document Relates To: All Actions | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO. 07-civ-7895 (DAB)** <br><br> **MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; DIRECTING NOTICE OF PENDENCY AND SETTLEMENT OF CLASS ACTION; AND SETTING HEARING DATE FOR FINAL APPROVAL OF SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement, and all prior pleadings and proceedings herein, Lead Plaintiff the Tonyaz Group moves this Court, before the Honorable Deborah A. Batts, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 24B, New York, NY 10007-1312, at a date and time to be determined, for an order preliminarily approving the proposed Settlement of this proposed class action and certifying a class for purposes of the Settlement, pursuant to Rules 23(a), (b)(3), and (e) of the Federal Rules of Civil Procedure. A proposed Preliminary Approval Order, together with annexed exhibits, is attached to the Stipulation of Settlement.

**Dated:**     October 16, 2009        **KAHN SWICK & FOTI, LLC**

_____/s/ Kim E. Miller_____
KIM E. MILLER (KM-6996)
12 E. 41st Street, 12th Floor
New York, New York 10017
Telephone: (212) 696-3730
Fax: (504)455-1498

LEWIS KAHN (*admitted pro hac vice*)
650 Poydras Street, Suite 2150
New Orleans, LA 70115
Telephone: (504) 455-1400

*Lead Counsel for Lead Plaintiff and the Classes*

          -and-

Eric J. Obell
LAW OFFICES OF ERIC J. O'BELL, LLC
350 North Hullen Street
Metairie , LA 70002
Telephone:  (504)456-8677
Facsimile:  (504)456-8624

*Additional Counsel for Lead Plaintiff and the Class*