Kim E. Miller (KM-6996)  
**KAHN SWICK & FOTI, LLC**  
500 5th Ave, Suite 1810  
New York, NY 10110  
Telephone: (212) 696-3730  
Facsimile: (504) 455-1498  

-and –  

Lewis S. Kahn (*admitted pro hac vice*)  
**KAHN SWICK & FOTI, LLC**  
206 Covington Street  
Madisonville, LA 70447  
Telephone: (504) 455-1400  
Facsimile: (504) 455-1498  

*Lead Counsel for Lead Plaintiff and the Class*

Eric J. Obell  
**LAW OFFICES OF ERIC J. O'BELL, LLC**  
350 North Hullen Street  
Metairie , LA 70002  
Telephone:  (504)456-8677  
Facsimile:  (504)456-8624  

*Additional Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHINA SUNERGY SECURITIES LITIGATION  ------------------------------------------------------------  This Document Relates To: All Actions | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO. 07-civ-7895 (DAB)**  **MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Kim E. Miller in Support of Motion for Final Approval of Settlement and Plan of Allocation and Motion for Award of Attorneys' Fees and Expenses, the Declaration of Joni Brown (the "Brown Decl."), a Case Manager of Rosenthal & Company LLC (formerly Administar LLC), and all prior pleadings and proceedings herein, Lead Plaintiff the Tonyaz Group will move this Court, on March 3, 2011, at 2:30 p.m. before the Honorable Deborah A. Batts, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 24B, New York, NY 10007-1312, for an order for final approval of the proposed Settlement and Plan of Allocation. A proposed Final Judgment, Order of Dismissal with Prejudice, and Order Approving Award of Attorneys' Fees and Expenses and Plan of Allocation is submitted herewith.

**Dated:** February 7, 2011

**KAHN SWICK & FOTI, LLC**

_____/s/ Kim E. Miller_____
KIM E. MILLER (KM-6996)
500 5th Ave, Suite 1810
New York, New York 10110
Telephone: (212) 696-3730
Fax: (504)455-1498

LEWIS KAHN (*admitted pro hac vice*)
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504)455-1498

*Lead Counsel for Lead Plaintiff and the Classes*

-and-

Eric J. Obell
LAW OFFICES OF ERIC J. O'BELL, LLC
350 North Hullen Street
Metairie , LA 70002
Telephone:  (504)456-8677

Facsimile: (504)456-8624

***Additional Counsel for Lead Plaintiff and the Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 7, 2011.

/s/ Kim E. Miller
Kim E. Miller