USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re CHINA SUNERGY SECURITIES LITIG.

07 Civ. 7895 (DAB)
ORDER

----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

The Fairness Hearing in this matter is hereby adjourned to May 12, 2011 at 2:30 p.m.  By the close of business on May 5, 2011, Counsel for Lead Plaintiff is directed to provide the Court with a status report listing the total number of Proof of Claim forms, objections, requests for exclusion, and requests to speak at the Fairness Hearing received.

SO ORDERED.

Dated:    New York, New York
          April 5, 2011

DEBORAH A. BATTS
United States District Judge